IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KWABENA BAFFOE-BONNIE, :
    Plaintiff, :
    v. : Case No. 3:08-cv-45-KRG-KAP
JOHN LUCKHARDT, JASON CATO, and :
JOHN DOE EMPLOYEES OF THE :
PITTSBURGH TRIBUNE-REVIEW, :
    Defendants :

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 4, 2008, docket no. 3, recommending that the plaintiff's motion to proceed in forma pauperis be denied and the matter be dismissed unless plaintiff paid the filing fee.

Plaintiff was notified that, pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to file written objections to the Report and Recommendation and to pay the filing fee. Plaintiff has not filed objections, nor has plaintiff paid the filing fee. After review of the record of this matter and the recommendation of the Magistrate Judge, and noting plaintiff's lack of response, the following order is entered:

AND NOW, this 30th day of June, 2008, it is

ORDERED that the motion to proceed in forma pauperis is denied. The complaint is dismissed without prejudice for failure to prosecute. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

> Kwabena Baffoe-Bonnie, Reg No. 09250-068
> Moshannon Valley Correctional Center
> P.O. Box 2000
> Philipsburg, PA 16866-0798